**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Sheena Yates Newsome, <br><br> Plaintiff, <br><br> vs. <br><br> Phoenix Financial Services LLC, <br><br> Defendant. | Case No.: <br><br><br><br> **JURY TRIAL DEMANDED** |

**COMPLAINT AND JURY DEMAND**

NOW COMES THE PLAINTIFF, SHEENA YATES NEWSOME, BY AND THROUGH COUNSEL, BRIAN J. OLSZEWSKI, and for her Complaint against the Defendant, Phoenix Financial Services LLC, pleads as follows:

**JURISDICTION**

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

**VENUE**

2. The transactions and occurrences that give rise to this action occurred in Cook County, Illinois.

3. Venue is proper in the Northern District of Illinois.

**PARTIES**

4. Plaintiff is a natural person residing in the City of Chicago, Cook County, Illinois.

5. The Defendant to this lawsuit, Phoenix Financial Services LLC, is a foreign limited liability company that conducts business in the State of Illinois.

1

## **GENERAL ALLEGATIONS**

6. Defendant is attempting to collect consumer type debts allegedly owed by Plaintiff to EPMG of IL Oak Park, in the amounts of $83.00 and $53.00, respectively ("the alleged Debts").

7. Plaintiff disputes the alleged Debts.

8. On July 17, 2019, Plaintiff obtained her Equifax and Trans Union credit disclosures and noticed Defendant reporting the alleged Debts.

9. On or about October 1, 2019, Plaintiff sent Defendant a letter disputing the alleged Debts.

10. On November 27, 2019, Plaintiff obtained her Equifax credit disclosure, which showed that Defendant, in violation of the FDCPA, failed or refused to flag the accounts reflected by the alleged Debts as disputed on Plaintiff's Equifax credit report.

11. In the credit reporting industry, data furnishers, such as the Defendant, communicate electronically with the credit bureaus.

12. Defendant had more than ample time to instruct Equifax to flag its trade lines as disputed.

13. Defendant's inaction to have its trade lines on Plaintiff's Equifax credit report flagged as disputed was either negligent or willful.

14. Plaintiff suffered pecuniary and emotional damages as a result of Defendant's actions. Her credit report continues to be damaged due to the Defendant's failure to properly report the associated trade line.

## **VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT**

15. Plaintiff reincorporates the preceding allegations by reference.

16. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

17. Plaintiff is a "consumer" for purposes of the FDCPA, and the accounts at issue in this case are consumer debts.

18. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

19. Defendant's foregoing acts in attempting to collect these alleged debts violated 15 U.S.C. §1692e(8) by communicating to any person credit information which is known to be false or should be known to be false, including failure to report disputed debts as disputed.

20. To date, and as a direct and proximate cause of the Defendant's failure to honor its statutory obligations under the FDCPA, the Plaintiff has continued to suffer from a degraded credit report and credit score.

21. Plaintiff has suffered economic, emotional, general, and statutory damages as a result of Defendant's violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this Honorable Court grant her a judgment against Defendant for actual damages, statutory damages, costs, interest, and reasonable attorneys' fees.

### JURY DEMAND

Plaintiff hereby demands a trial by Jury.

/s/ Brian J. Olszewski
Brian J. Olszewski
Law Offices of Michael Lee Tinaglia, Ltd.
444 N. Northwest Hwy., Ste. 350
Park Ridge, IL 60068
Telephone: (847) 692-0421
Fax: (847) 685-8440
bolszewski@tinaglialaw.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Sheena Yates Newsome*